**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

To: U.S. District Judge Fred Biery
655 E. Cesar E. Chavez Blvd.
San Antonio, TX 78206

From: Robert Paul Dunlap Trustee
META 1 COIN TRUST
102 NE 2ND ST STE 923
Boca Raton, FL 33432
561-909-7925

**CERTIFIED MAIL 7019 1640 0001 3572 4449**

Date: 3/23/2020
**Re: Civil Action Number A20CV273**

Judge Fred Biery,
Civil Action Number A20CV273 has been filed against Defendants that are immune to such matters under the Rome Statute of the International Criminal Court. The file numbers for each Defendant are below.
**888877-T9MJM212100 Robert Paul Dunlap**
**888877-T9MJM207774 Nicole Marie Bowdler**
**888877-T9MJM213040 Dave Schmidt**
**888877-T9MJM415379 Peter Shamoon**
Clear International Trust is a "Private" Trust with Robert Paul Dunlap and Nicole Marie Bowdler as Trustees. META 1 Coin Trust is a "Private" Trust with Robert Paul Dunlap and Nicole Marie Bowdler as Trustees. Pramana Capital Inc's Member is Peter Shamoon.

I am presuming this matter was mistakenly made and looking forward to the immediate dismissal and sealing of this accidental filing while reversing all frozen assets.

Honorably,
by: ______________________
META 1 Coin Trustee
Secured Party Creditor,
Texas Secretary of State U.C.C.117-0002513857
Florida Secretary of State U.C.C. 201909993784
U.C.C. 1-308 Jus soli (of the soil)
888877-T9MJM212100



Florida )
) ss.
Palm Beach County )

JURAT

For the purpose of verification only, on the 23rd day of March 2020, Robert Paul Dunlap personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that he or she executed the same., Subscribed before me this day.

Witness my hand and seal this 23rd day of March, 2020.

NOTARY SIGNATURE [signature] SEAL:

Notary Public State of Florida
Ronald J Jane III
My Commission GG 220116
Expires 05/21/2022

## Certificate of Mailing

On March 23, 2020, I mailed to:

U.S. District Judge Fred Biery
655 E. Cesar E. Chavez Blvd.,
San Antonio, TX 78206

CERTIFIED MAIL **CERTIFIED MAIL 7019 1640 0001 3572 4449**
The papers identified as **Civil Action Number A20CV273**

Tiffany Lamp
USA
1c

