# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Securities and Exchange Commission | 1:20-cv-273-RP |
| DEFENDANT | TYPE OF PROCESS |
| Meta 1 Coin Trust et al | Personal Service |

**FILED**
MAY -4 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Nicole Bowdler

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Honorable Robert Pitman
U.S. District Court Judge
Western District of Texas, Austin Division

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | No |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

By Order of the Court; Personal Service by May 13, 2020

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE: 4/28/2020

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated.
*(Sign only for USM 285 if more than one USM 285 is submitted)*

| Total Process | District of Origin No. D80 | District to Serve No. C04 | Signature of Authorized USMS Deputy or Clerk | Date 4/29/2020 |
|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☒ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*

Date: 5/04/2020
Time: ☐ am ☐ pm

Address *(complete only different than shown above)*

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|

REMARKS

LAST ADDRESS PROVIDED BY S.E.C. WAS INSUFFICIENT FOR SERVICE.

RECEIVED U.S. MARSHALS SERVICE
WESTERN DISTRICT/TEXAS AUSTIN DIVISION
2020 APR 29 AM 10:52

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18

## Rodriguez, Gabriel (USMS)

| | |
|---|---|
| **From:** | Reece, Jennifer D. <reecej@SEC.GOV> |
| **Sent:** | Friday, May 1, 2020 2:18 PM |
| **To:** | Julie Golden |
| **Cc:** | Rodriguez, Gabriel (USMS) |
| **Subject:** | RE: Bowdler |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

She lives with Robert Dunlap, but I don't know where they live. I was told that they are living at a beach house in Boca Raton, FL. That's all I know, unfortunately.

**From:** Julie Golden <Julie_Golden@txwd.uscourts.gov>
**Sent:** Friday, May 1, 2020 2:11 PM
**To:** Reece, Jennifer D. <reecej@SEC.GOV>
**Cc:** gabriel.rodriguez4_usdoj.gov <Gabriel.Rodriguez4@usdoj.gov>
**Subject:** Bowdler

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

HI Ms. Reece.
The USM are having trouble locating an address to serve Ms. Bowdler at.   Do you have any information you can share?
Thanks so much!



**Julie Golden**
Courtroom Deputy to the Honorable Robert Pitman,
U.S. District Judge
U.S. District Court
Western District of Texas
Office:     512-391-8704
Cell:        512-954-2571
Julie_Golden@txwd.uscourts.gov
Click our seal to visit the Texas Western District Court website

1