## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:20-CV-273-RP

Plaintiff:
**U.S. Securities and Exchange Commission**

vs.

Defendant:
**Meta 1 Coin Trust; et al.**

For:
U.S. Securities and Exchange Commission
100 F St NE
Washington, DC 20549

Received by Cavalier CPS to be served on **Wanda Ironheart Traversie-Warner, 7305 Turner Terrace, North Richland Hills, TX 76180**.

I, Chris Cloud, do hereby affirm that on the **15th day of May, 2020** at **7:21 pm, I:**

Served Summons & Amended Complaint; Plaintiff's Ex Parte Application for Orders Freezing Assets and Granting Other Emergency Relief as to Relief Defendants Wanda Ironheart Traversie-Warner, ALfred Dewitt Warner, Jr., and Ironheart Trust; Exhibits; [Proposed] Order Freezing Assets and Granting Other Emergency Relief as to Relief Defendants Wanda Ironheart Traversie-Warner, ALfred Dewitt Warner, Jr., and Ironheart Trust; Memorandum of Law in Support of Ex Parte Application for Orders Freezing Assets and Granting Other Emergency Relief as to Relief Defendants Wanda Ironheart Traversie-Warner, ALfred Dewitt Warner, Jr., and Ironheart Trust with Exhibit A; Order Freezing Assets and Granting Other Emergency Relief as to Relief Defendants Wanda Ironheart Traversie-Warner, ALfred Dewitt Warner, Jr., and Ironheart Trust personally to Wanda Ironheart Traversie-Warner at 7305 Turner Terrace, North Richland Hills, TX 76180.

**Additional Information pertaining to this Service:**
She refused to take the documents in hand and screamed numerous things at me, including being diplomatic status, a private entity, and she does not except contracts. I set the documents on the bench next to her and informed her that it was a summons and complaint. She kicked the papers off, hit me in the leg, and then kicked them toward me several more times.

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

Chris Cloud                                  5/18/2020
Process Server                               Date

**Cavalier CPS**
823-C S King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Serial Number: CAV-2020004641
Ref: FWRO-57113

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1k



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>*Plaintiff(s)*<br>v.<br><br>Meta 1 Coin Trust, Robert P. Dunlap, individually and d/b/a Clear International Trust, Nicole Bowdler, and David A. Schmidt,<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)  Civil Action No.  1:20-cv-273-RP<br>)<br>)<br>)<br>)<br>)<br>) |

and Pramana Capital, Inc.. Peter K. Shamoun, a/k/a Peter K. Shamoon, Wanda Ironheart Traversie-Warmer, Alfred Dewitt Warner, Jr., and Ironheart Trust, Relief Defendants

To: *(Defendant's name and address)*  Wanda Ironheart Traversie-Warner
7305 Turner Terrace
North Richland Hills, Texas 76180

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer D. Reece
United States Securities and Exchange Commission
Burnett Plaza, Suite 1900
801 Cherry Street, Unit 18
Fort Worth, Texas 76102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date:  May 14, 2020

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:20-cv-273-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: