RECEIVED

JUN 1 5 2020

CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
        DEPUTY CLERK

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL**
**NOTICE TO PRINCIPAL IS NOTICE TO AGENT**

To: U.S. District Judge Robert Pitman
501 West 5th Street, Suite 5300
Austin, TX 78701

**FILED**

JUN 1 5 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

From: Wanda Ironheart Traversie Warner
Alfred Dewitt Warner Jr.
7305 Turner Terrace
North Richland Hills, Tx 76180

CERTIFIED MAIL EJ 309 055 778 US

Date: 6/10/2020
Re: Case # 1:20-CV-0023 Order 70  NO LEGAL MERIT

Judge Robert Pitman,

This Notice is to Inform the United States District Court Western Division of Texas Austin Division that the Order # 70 Order Has **BEEN DENIED DUE TO NO LEGAL MERIT.**

The Order #70 signed By Judge Robert L. Pitman ordering private confidential information concerning META 1 Coin Trust from Secured Party Creditor Wanda Ironheart Traversie Warner and Secured Party Credit or Alfred Dewitt Warner Jr. has **NO LAWFUL AUTHORITY TO EXECUTE.**

The United States District Court Western Division of Texas Austin Division and individually Robert Pitman or Judge Robert Pitman has **NO CONTRACT** with Secured Party Creditor Wanda Ironheart Traversie Warner or Secured Party Creditor Alfred Dewitt Warner Jr.

The United States District Court Western Division of Texas Austin Division and individually Robert Pitman or Judge Robert Pitman has **NO JURISDICTION** with Secured Party Creditor Wanda Ironheart Traversie Warner or Secured Party Creditor Alfred Dewitt Warner Jr. Secured Party Creditors operate in a Superior Jurisdiction and not within the lower jurisdiction of The United States District Court Western Division of Texas Austin Division.

June 2, 2020. Judge Robert L. Pitman had no lawful authority to execute an Order demanding any private information with attempts to further persecution of a legal free enterprise.

Judge Robert L. Pitman your illegal actions have been added to the complaint.

**SECURED PARTY CREDITOR WANDA IRONHEART TRAVERSIE WARNER AND SECURED PARTY CREDITOR ALFRED DEWITT WARNER JR. ORDER JUDGE ROBERT L. PITMAN TO IMMEDIATELY CEASE AND DESIST ANY FURTHER CONTRACT ATTEMPTS AND DISHONOR.**

_Wanda Ironheart Traversie-Warner 6-10-20_
Date

Wanda Ironheart Traversie Warner
International Immunity File Number 888877-T9MJM807567
Secured Party Creditor,
Texas Secretary of State U.C.C.1 200014235805 , 40000152391196
Live Human Being

_Alfred Dewitt Warner Jr. 6-10-20_
Date

Alfred Dewitt Warner Jr.
Secured Party Creditor,
Texas Secretary of State U.C.C.1 200014235805, 40000152391196
Live Human Being

| Texas          | ) |
|----------------|---|
|                | ) ss. |
| Tarrant County | ) |

JURAT

For the purpose of verification only, on the 10th day of June 2020, Wanda Ironheart Traversie Warner and Alfred Dewitt Warner Jr. personally appeared before me and proved to me on the basis of satisfactory evidence to be the person whose name is subscribed hereto and acknowledged to me that he or she executed the same., Subscribed before me this day.

Witness my hand and seal this _10_ day of _June_____, 2020.

NOTARY SIGNATURE _Mechelle Hogan_          SEAL

[Notary Seal: MECHELLE HOGAN, NOTARY PUBLIC, STATE OF TEXAS, ID#3035414, EXPIRES 1-31-2024]

Certificate of Mailing

On June 10, 2020, I mailed to:
U.S. District Judge Robert Pitman
501 West 5th Street, Suite 5300, Austin, TX 78701
CERTIFIED MAIL EJ 309 055 778 US
The papers identified as Case # 1:20-CV-0023 Order 70  NO LEGAL MERIT

Alfred & Wanda Warner
7305 Turner Terrace
N. Richland Hills TX 76180

U.S. District Court
Judge Robert Pittman
501 West 5th St, S300
Austin TX 78701



USPS Priority Mail Express label.

FROM: Wahida Ifonheart Tranise Warner / Alfred DeWitt Werner Jr. / 7305 Tayner Terrace / North Richland Hills TX 76180

TO: U.S. District Court Judge Robert Pittman / 501 West 5th St 5300 / Austin TX 78701

Date Accepted: 6/12/20  Time Accepted: 11:30 AM  Scheduled Delivery: 6/15/20  Postage: $26.60  Total: $26.60

U.S. POSTAGE PAID — PME 1-Day — NORTH RICHLAND HILLS, TX 76180 — JUN 12, 20 — AMOUNT $26.60 — R2304M113499-15 — 78701