**FILED**
February 03, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____JAG_____
                    DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**META 1 COIN TRUST,**<br>**ROBERT P. DUNLAP,** individually and d/b/a<br>    **CLEAR INTERNATIONAL TRUST,**<br>**NICOLE BOWDLER,** and **DAVID A. SCHMIDT,**<br><br>Defendants,<br><br>and<br><br>**PRAMANA CAPITAL, INC.,**<br>**PETER K. SHAMOUN a/k/a PETER K. SHAMOON,**<br>**WANDA IRONHEART TRAVERSIE-WARNER,**<br>**ALFRED DEWITT WARNER JR.,** and<br>**IRONHEART TRUST,**<br><br>Relief Defendants. | Civil Action No.: 1:20-cv-273-RP |

**AGREED FINAL JUDGMENT AS TO RELIEF DEFENDANTS**
**PRAMANA CAPITAL, INC. AND PETER K. SHAMOUN a/k/a PETER K. SHAMOON**

The Securities and Exchange Commission filed a complaint, and Relief Defendants Pramana Capital, Inc. and Peter K. Shamoun a/k/a Peter K. Shamoon (together, "Relief Defendants"): entered a general appearance; acknowledge having been served with the complaint in this action; consented to the entry of this Final Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction and except as otherwise provided herein in paragraph VI); waived findings of fact and conclusions of law; and waived any right to appeal from this Final Judgment.  Accordingly:

## I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendants are liable, jointly and severally, for disgorgement in the amount of $7,457,998 plus prejudgment interest thereon in the amount of $176,152.79, for a total of $7,634,150.79.  Relief Defendants shall satisfy this obligation by paying $7,634,150.79 to the Securities and Exchange Commission pursuant to the terms of the payment arrangements set forth in paragraphs II and III below.

Relief Defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Relief Defendants may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Relief Defendants' names as relief defendants in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendants shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Relief Defendants relinquish all legal and equitable right, title, and interest in such funds and no part of the funds shall be returned to Relief Defendants.

The Commission shall hold the funds (collectively, the "Fund") until further order of this Court.  The SEC may propose a plan to distribute the Fund subject to the Court's approval, and

the Court shall retain jurisdiction over the administration of any distribution of the Fund.

If Relief Defendants fail to comply with this Final Judgment, the Commission may enforce the Court's judgment for disgorgement and prejudgment interest using all collection procedures authorized by law.  Relief Defendants shall pay post judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

## II.

## SWEEPING OF BMO HARRIS/META I ACCOUNT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that within 3 days after being served with a copy of this Final Judgment, BMO Harris Bank ("BMO Harris") which is holding funds frozen pursuant to an Order of this Court in an account in the name of Meta 1 Coin Trust/Peter Shamoon shall transfer the entire balance of the accounts to the Commission and close the accounts.  These accounts include the following:

| Bank | Account Owner | Acct. Ending in: |
|---|---|---|
| BMO Harris | Meta 1 Coin Trust/Peter Shamoon | *7012 |
|  |  | *0179 |

BMO Harris may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.  Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  BMO Harris also may transfer these funds by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; and specifying that payment is made pursuant to this Final Judgment.

### III.

### PAYMENT PLAN

Relief Defendants, jointly and severally, shall pay the total of disgorgement and prejudgment interest due of $7,634,150.79 (credited by amounts collected pursuant to paragraph II above, estimated to be $1,400,000) in four installments to the Commission according to the following schedule:

(1) $1,558,537.70, within 60 days of entry of this Final Judgment;

(2) $1,558,537.70, within 150 days of entry of this Final Judgment;

(3) $1,558,537.70, within 270 days after entry of this Final Judgment; and

(4) the balance due, approximately $1,558,537.70 (amount to be confirmed by the Commission at least 30 days prior to the payment due date based upon credit from paragraph II) within 360 days after the date of the Final Judgment.

Payments shall be deemed made on the date they are received by the Commission and shall be applied first to post judgment interest, which accrues pursuant to 28 U.S.C. § 1961 on any unpaid amounts due after 30 days of the entry of Final Judgment.  Prior to making the final payment set forth herein, Relief Defendants shall contact the staff of the Commission for the amount due for the final payment.

If Relief Defendants fail to make any payment by the date agreed and/or in the amount agreed according to the schedule set forth above, and should Relief Defendants fail to cure any non-payment within 15 days to the satisfaction of the Commission, all outstanding payments under this Final Judgment, including post-judgment interest, minus any payments made, shall

become due and payable immediately at the discretion of the staff of the Commission without further application to the Court.

Unless and until the Relief Defendants fully satisfy their obligations under Paragraphs II and III of this Order, all funds currently deposited at the following banks and account numbers shall remain frozen and unavailable to the Relief Defendants:

| Bank | Account Owner | Acct. Ending in: |
|---|---|---|
| TD Ameritrade | Pramana Capital Inc. | *0129 |
| Wells Fargo Bank, NA | Pramana Capital LLC | *0848 |
| Wells Fargo Bank, NA | Koole Bare Investments | *2570 |
| Wells Fargo Bank, NA | Peter K. Shamoon | *3006 |

Within 3 days of the Relief Defendants satisfaction of their obligations in Paragraph III, the Commission shall notify each of the foregoing banks and financial institutions that the Final Judgment has been satisfied, and thus, funds in these accounts are no longer frozen.

IV.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Temporary Restraining Order, Dkt. No. 8., as amended, including the Asset Freeze Order, ¶VIII, is hereby lifted and dissolved as to the Relief Defendants, except as to the accounts that shall remain frozen listed in paragraph III until such time as the Relief Defendants fully satisfy their obligations under paragraphs II and III herein.

### V.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Relief Defendants shall comply with all of the undertakings and agreements set forth therein.

### VI.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this debt is not subject to discharge in bankruptcy under any provision of the Bankruptcy Code. Solely and only to ensure that the financial obligations in this Final Judgment may not be discharged in any future bankruptcy by the Relief Defendants, the Relief Defendants acknowledge that the disgorgement ordered herein arises from securities law violations by the Defendants and are thus subject to the exceptions to discharge set forth in Section 523 of the Bankruptcy Code, 11 U.S.C. §523.

### VII.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

### VIII.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

**SIGNED** on  February 3 , 2021.

ROBERT PITMAN
UNITED STATES DISTRICT JUDGE

Approved as to form:

*/s/ William B. Mateja*
William B. Mateja
Texas Bar No. 13185350
*bmateja@sheppardmullin.com*
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
2200 Ross Avenue, 24th Floor
Dallas, Texas 75201
Phone: (469) 391-7400
Fax: (469) 391-7401


A. Joseph Jay III
*Admitted pro hac vice*
*jjay@sheppardmullin.com*
SHEPPARD MULLIN RICHTER &
HAMPTON LLP
2099 Pennsylvania Avenue NW, Suite 100
Washington, D.C. 20004
Phone: (202) 747-1900

**COUNSEL FOR RELIEF DEFENDANTS**
**PRAMANA CAPITAL, INC. AND PETER K. SHAMOON**


*/s/ Jennifer D. Reece*
Jennifer D. Reece
Texas Bar No. 00796242
U.S. Securities and Exchange Commission
801 Cherry Street, Suite 1900, Unit 18
Fort Worth, Texas  76102
Phone: (817) 978-6442
Fax: (817) 978-4927
*reecej@sec.gov*

**COUNSEL FOR PLAINTIFF**
**U.S. SECURITIES AND EXCHANGE COMMISSION**