**RECEIVED**
March 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
DEPUTY

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**FILED**
March 10, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY:_____JMV_____
DEPUTY

Date: JANUARY 31, 2023

RE: Case Number 1:20-CV-00273-RP

SETTLEMENT OF LITIGATION AND DEMAND FOR CLOSURE OF CASE NUMBER 1:20-CV-00273-RP

TO: Judges, Courts, Chief Financial Officers, and Current Sitting Judge doing business as U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS (AUSTIN)

BE ADVISED THE ALLEGED DEFECTS REGARDING CASE NUMBER 1:20-CV-00273-RP HAVE BEEN SETTLED HONORABLY BY SECURED PARTY CREDITOR WITH A BOND PACKAGE DATED JANUARY 31, 2023;

PLEASE FIND THE BOND AND ASSOCIATED UCC-1 FINANCING STATEMENT WHICH HAS BEEN ISSUED TO MARK LANE ON BEHALF OF U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS (AUSTIN), ON OR ABOUT JANUARY 31, 2023 FOR THE SETTLEMENT AND DISCHARGE OF CIVIL ACTION ACCOUNT NUMBER 1:20-CV-00273-RP, WHICH HAS BEEN ACCEPTED AND RETURNED FOR VALUE;

THIS SETTLEMENT IS NOT AN ADMISSION OF WRONGDOING;

THIS SETTLEMENT SHALL NOT BE CONSTRUED AS VOLUNTARY CONSENT TO THE JURISDICTION OR VENUE OF ANY COURT OR TRIBUNAL;

THIS SETTLEMENT SHALL NOT BE CONSTRUED TO BE AN AGREEMENT TO PERFORM ANY DUTIES OR OBLIGATIONS, NOR SHALL IT BE CONSTRUED TO BE AN ENTRANCE INTO ANY CONTRACTS;

SECURED PARTY CREDITOR OPERATES IN COMMERCE HONORABLY AND DEMANDS AS SUCH BY ALL PARTIES;

THIS SETTLEMENT IS HONOR IN COMMERCE;

SECURED PARTY CREDITOR RESERVES THE RIGHT NOT TO BE COMPELLED TO PERFORM UNDER ANY AGREEMENTS THAT HAVE NOT BEEN ENTERED INTO KNOWINGLY, WILLFULLY, VOLUNTARILY, WITH FULL DISCLOSURE AND ONLY AFTER HAVING SUFFICIENT TIME TO FIX THE MIND WITH A VIEW TO CAREFUL EXAMINATION TO ALL MATERIAL FACTS, TERMS, AND CONDITIONS OF THE AGREEMENT;

SECURED PARTY CREDITOR IS NOT ACCEPTING CONTRACTS AND ANY CONTRACT ATTEMPTS WILL RESULT IN IMMEDIATE COMMERCIAL REMEDY IN A SUPERIOR JURISDICTION.

By: *[signature: Robert Paul Dunlap]*
Robert P. Dunlap TTE, Secured Party Creditor
Authorized Representative on behalf of
META 1 COIN TRUST©
Texas Secretary of State U.C.C.1 17-0002513857
U.C.C. 1-308 Jus Soli
Without Prejudice
All Rights Reserved.

# EXHIBIT A

# Private Surety Bond Number: SB0130231435-001

Start of page 1 of 2 pages                                                                                              page 1 of 2 pages

# PRIVATE SURETY BOND

**USPS REGISTERED MAIL TRACKING #: RF644548313US**

**BOND #: SB0130231435-001**                                                              **ISSUE DATE: JANUARY 31, 2023**
**Value: $44,000,000.00 (USD)**                                                         **EXPIRATION DATE: FEBRUARY 1, 2033**

**To:**     MARK LANE
            c/o U.S. District Court Western District of Texas (Austin)
            501 W 5th St STE 1100
            Austin, TX 78701

**For:**    U.S. District Court Western District of Texas (Austin) AND MARK LANE 501 W 5th St STE 1100, Austin, TX 78701 Civil Action Number 1:20-cv-00273-RP

**By, On/Through:** ROBERT P. DUNLAP Private Offset Account #: 82-4447353
            and
**Private Discharging & Private Registered Bond #:** PYXIS0922-01 Registered Mail # RB 290 514 927 US

     ***KNOW ALL MEN BY THESE PRESENTS***, in consideration that only Fiat Currency exists in circulation with which to lawfully discharge debts; in order to facilitate lawful commercial transactions; and in order to lawfully engage in commerce within the jurisdiction of the United States Department of the Treasury, this Private Surety Bond, issued to MARK LANE on behalf of the U.S. District Court Western District of Texas (Austin) or any agents thereof ("Fiduciary"), upon receipt of this Private Surety Bond Number SB0130231435-001 ("Bond" herein), shall post the full face value of the Bond as an asset to the benefit of the Creditor, **Robert P. Dunlap ("Creditor")**, as necessitated.

     Whereas, the Creditor, desiring to maintain Honorable and Lawful standing associated with commercial transactions herein declares, binds, holds, and obliges, through this Private Surety Bond, that any and all obligations of debt, including without limitation to Payment, Satisfaction and Discharge of all Debts, Charges, Fees, Interest, Bills, Taxes, and related obligations of Contract(s) and/or Performance(s), implied, stated or documented, whether by commercial Instrument(s), Negotiable Instrument(s), and/or Non-Negotiable Instrument(s), wherein this Private Surety Bond is referenced, by Name and/or Number, as the method of Payment, Discharge, or Satisfaction, whether by commitment, Guarantee, Statement, or Warranty and wherein such Instrument(s) are duly authorized by this Creditor through Signature and/or Seal or Contract, implied or stated, such Instrument(s)/ Obligation(s), whether such Instrument or Obligation is on behalf of **MARK LANE and/or U.S. District Court Western District of Texas (Austin) 501 W 5th St STE 1100, Austin, TX 78701 Civil Action Number 1:20-cv-00273-RP** shall be ledgered against this Private Surety Bond by any Fiduciary of U.S. District Court Western District of Texas (Austin) upon presentment and shall be duly, Lawfully, and fully, Satisfied, and Discharged, Dollar for Dollar, by/on through this Creditor's Pass-through Account Number **ROBERT P. DUNLAP 82-4447353**, as authorized by this Creditor's Autograph and Seal upon this Private Surety Bond, for any amount or cumulative amount(s) up to and including **Forty-Four Million ($44,000,000.00) United States Dollars** for the use of the U.S. District Court Western District of Texas (Austin) in such a lawful manner as best suits the needs of the U.S. District Court Western District of Texas (Austin) for a period of Ten (10) years from the ISSUE DATE of this Private Surety Bond.

     MARK LANE, and/or any other Fiduciary of the U.S. District Court Western District of Texas (Austin) shall have three (3) days upon presentment of this Surety Bond as witnessed by the Date of Receipt affixed to the USPS Domestic Return Receipt, to dishonor this Private Surety Bond by returning this Private Surety Bond to the Creditor, Robert P. Dunlap, at the stipulated mailing address by USPS Registered Mail. Failure to return this Private Surety Bond, as stated, shall constitute Acceptance and Honoring of this Bond and the associated transaction(s) in accordance with Law, by MARK LANE and/or any Fiduciary of the U.S. District Court Western District of Texas (Austin) under the terms and conditions of this Private Surety Bond and the Order thereof;

                                                                                                                          _RPD_
                                                                                                                   Creditor's Initials



# ORDER OF THE BOND

A. The Creditor, Robert P. Dunlap, desiring to maintain the Honorable and Lawful standing associated with commercial transactions herein declares, binds holds and obliges, under bond, through this Private Surety Bond, that all obligations of debt, including without limitation to, Payment, Satisfaction, and Discharge of all Debts, Charges, Fees, Interest, Bills, Taxes, and related obligations of Contract(s), and/or Performance(s), implied, stated, or documented, whether by commercial Instrument(s), Negotiable Instrument(s), wherein this Private Surety Bond is referenced, by Name and/or Number, as the method of Payment, discharge, or Satisfaction whether by Commitment, Guarantee, Statement or Warranty, and wherein such Instrument(s) are duly authorized by the Creditor through Signature and/or Seal or contract, implied, or stated, such Instrument(s) / Obligation(s), whether such Instrument or Obligation is on behalf of **MARK LANE and/or U.S. District Court Western District of Texas (Austin) 501 W 5th St STE 1100, Austin, TX 78701 Civil Action Number 1:20-cv-00273-RP** shall be ledgered against this Private Surety Bond by MARK LANE or any fiduciary of the U.S. District Court Western District of Texas (Austin) upon presentment and shall be duly, Lawfully, and Fully paid, Satisfied, and Discharged, Dollar for Dollar, by/on, through this Creditor's Pass-through Account; **ROBERT P. DUNLAP 82-4447353**, as authorized by the Creditor's Signature and Seal upon this Private Surety Bond, for any amount or cumulative amount(s) up to and **including Forty-Four Million ($44,000,000.00) USD**.

B. MARK LANE, or any fiduciary of the U.S. District Court Western District of Texas (Austin) shall have Three (3) days from the date of receipt of this Private Surety Bond as witnessed by the date of receipt affixed to the USPS domestic Return Receipt, to dishonor this Private Surety Bond by returning this Private Surety Bond to the Creditor, **Robert P. Dunlap**, at the stipulated postal location by any conveyance deemed lawful. Failure to return this Private Surety Bond, as stated, shall constitute Acceptance and Honoring of this Private Surety Bond and the associated transaction(s) in accordance with the Law, by MARK LANE, or any fiduciary of the U.S. District Court Western District of Texas (Austin) under the terms and conditions of this Private Surety Bond and the Order thereof;

C. This Private Surety Bond has been authorized and issued pursuant to the full faith and credit of Creditor, Robert P. Dunlap, who does hereby authorize MARK LANE or any other Fiduciary to ledger, satisfy, set-off, terminate and discharge dollar-for-dollar each every and all past, present and/or future liabilities with regards to account number 1:20-cv-00273-RP;

D. The Creditor will accept post at the following postal location:

> Robert P. Dunlap
> c\o 102 NE 2nd St, Suite 923
> Boca Raton, FL [33432]

E. The Expiration date for Private Surety Bond # **SB0130231435-001** is close of business day **FEBRUARY 1, 2033**.

Signed on this, the ___31___ day of ___January___, 2023.

_____
Creditor's Initials

By: _____
Creditor: Robert P. Dunlap

_____
Seal/Rt. Thumbprint



# EXHIBIT B

# Private Surety Bond
# UCC-1 Financing Statement

# UCC-1 File Number: 23-0004355426
# Document Number: 1218248760006

# UCC FINANCING STATEMENT
FOLLOW INSTRUCTIONS

| | |
|---|---|
| **A. NAME & PHONE OF CONTACT AT FILER (optional)**<br>META 1 Coin Trust 7632345843 | |
| **B. E-MAIL CONTACT AT FILER (optional)** | |
| **C. SEND ACKNOWLEDGMENT TO: (Name and Address)**<br>META 1 Coin Trust<br>102 NE 2nd Street<br>Suite 923<br>Boca Raton, FL 33432<br>USA | **FILING NUMBER:** 23-0004355426<br>**FILING DATE:** 01/31/2023    11:54 AM<br>**DOCUMENT NUMBER:** 1218248760006<br>**FILED:** Texas Secretary of State<br>IMAGE GENERATED ELECTRONICALLY FOR WEB FILING<br>THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY |

**1. DEBTOR'S NAME** - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 1a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS (AUSTIN)** | | | | |
| OR 1b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 1c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **501 W 5TH ST STE 1100** | **AUSTIN** | **TX** | **78701** | **USA** |

**2. DEBTOR'S NAME** - Provide only one Debtor name (2a or 2b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 2b, leave all of item 2 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

| 2a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| OR 2b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 2c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |

**3. SECURED PARTY'S NAME** (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

| 3a. ORGANIZATION'S NAME | | | | |
|---|---|---|---|---|
| **Meta1 Coin Trust** | | | | |
| OR 3b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | | SUFFIX |
| 3c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY |
| **102 NE 2nd St. Suite 923** | **Boca Raton** | **FL** | **33432** | **USA** |

**4. COLLATERAL:** This financing statement covers the following collateral:
SECURED PARTY OF RECORD ENTERS INTO THE COMMERCIAL REGISTRY THE FOLLOWING ITEMS OF PROPERTY ACCEPTED FOR VALUE EXEMPT FROM LEVY:

1. PRIVATE SURETY BOND NUMBER SB0130231435-001/ RF644548313US WITH A FACE VALUE OF $44,000,000.00 (FORTY-FOUR MILLION UNITED STATES DOLLARS) ISSUED TO MARK LANE ON BEHALF OF THE U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS (AUSTIN) ON OR ABOUT JANUARY 31, 2023 FOR THE SETTLEMENT AND DISCHARGE OF CIVIL ACTION ACCOUNT NUMBER 1:20-CV-00273-RP;
U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS (AUSTIN) c/o MARK LANE

FOR THE SETTLEMENT AND DISCHARGE OF CIVIL ACTION ACCOUNT NUMBER 1:20-cv-00273-RP.

$44,000,000.00 REGISTERED ON ACCOUNT

$44,000,000.00 ISSUED PURSUANT TO HRJ-192, UCC3-104, 50 USC 4305(b)(2)

$44,000,000.00 BALANCE ON ACCOUNT

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:    6b. Check only if applicable and check only one box.
☐ Public-Finance Transaction  ☐ Manufactured-Home Transaction  ☐ A Debtor is a Transmitting Utility    ☐ Agricultural Lien  ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable):    ☐ Lessee/Lessor  ☐ Consignee/Consignor  ☐ Seller/Buyer  ☐ Bailee/Bailor  ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:

**UCC FINANCING STATEMENT ADDENDUM**
**FOLLOW INSTRUCTIONS**

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME: **U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS (AUSTIN)**

OR

9b. INDIVIDUAL'S SURNAME:

FIRST PERSONAL NAME:

ADDITIONAL NAME(S)/INITIAL(S):    SUFFIX:

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME:

OR

10b. INDIVIDUAL'S SURNAME:

INDIVIDUAL'S FIRST PERSONAL NAME:

INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S):    SUFFIX:

10c. MAILING ADDRESS:    CITY:    STATE:    POSTAL CODE:    COUNTRY:

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME:

OR

11b. INDIVIDUAL'S SURNAME:    FIRST PERSONAL NAME:    ADDITIONAL NAME(S)/INITIAL(S):    SUFFIX:

11c. MAILING ADDRESS:    CITY:    STATE:    POSTAL CODE:    COUNTRY:

**12. ADDITIONAL SPACE FOR ITEM 4 (Collateral)**

MEMO: CIVIL ACTION ACCOUNT NUMBER 1:20-cv-00273-RP

50 USC 4305(b)(2)

Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States or as otherwise directed, pursuant to this subdivision or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person making the same; and no person shall be held liable in any court for or in

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

| UCC FINANCING STATEMENT ADDENDUM |
| --- |
| FOLLOW INSTRUCTIONS |

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

OR
9a. ORGANIZATION'S NAME
**U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS (AUSTIN)**

9b. INDIVIDUAL'S SURNAME

FIRST PERSONAL NAME

ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**4. This FINANCING STATEMENT covers the following collateral:**

respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or direction issued hereunder.

**FILING OFFICE COPY**

## EXHIBIT C

# Private Bill Of Exchange Number: DB19681525

# PRIVATE BILL OF EXCHANGE (12 U.S.C. 343)
## Date: **JANUARY 31st, 2023**

-This Bill is drawn for actual commercial purposes, the proceeds of which are to be used for such purposes
-This Bill is secured by Registered Securities Account No(s): RF64458327US

**Number: DB19681525**
**Place of Drawing:** Harris County, Houston Texas
**At:** Arrival

**Pay To the order of:** The Treasury of the United States
**Amount:** Forty-Four Million-------------------and 00/100 in United States Dollars----- $44,000,000.00

**Value Received and Charge to the Account of:** RF644548313US

**To:** U.S. District Court Western District of Texas (Austin)
c/o MARK LANE
515 Rusk Avenue, Courtroom 3A
Houston, TX 77002

Drawer: ROBERT P. DUNLAP

By: _____  Without Recourse
Authorized Signature, U.C.C. 1-308, 3-306
Void Where Prohibited by Law



**EXHIBIT D**

# Private Bill Of Exchange
# UCC-1 Financing Statement

# UCC-1 File Number: 23-0004406948
# Document Number: 1218403020005

**A. NAME & PHONE OF CONTACT AT FILER (optional)**
META 1 Coin Trust 7632345843

**B. E-MAIL CONTACT AT FILER (optional)**

**C. SEND ACKNOWLEDGMENT TO: (Name and Address)**
META 1 Coin Trust
102 NE 2nd Street
Suite 923
Boca Raton, FL 33432
USA

**FILING NUMBER:** 23-0004406948
**FILING DATE:** 01/31/2023     04:01 PM
**DOCUMENT NUMBER:** 1218403020005
**FILED:** Texas Secretary of State
**IMAGE GENERATED ELECTRONICALLY FOR WEB FILING**
THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

1. DEBTOR'S NAME - Provide only one Debtor name (1a or 1b) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name); if any part of the Individual Debtor's name will not fit in line 1b, leave all of item 1 blank, check here ☐ and provide the Individual Debtor information in item 10 of the Financing Statement Addendum (Form UCC1Ad)

1a. ORGANIZATION'S NAME: **U.S. District Court Western District of Texas (Austin)**
1c. MAILING ADDRESS: 501 W 5th St STE 110  CITY: Austin  STATE: TX  POSTAL CODE: 78701  COUNTRY: USA

2. DEBTOR'S NAME - Provide only one Debtor name (2a or 2b)...

(blank)

3. SECURED PARTY'S NAME (or NAME of ASSIGNEE of ASSIGNOR SECURED PARTY) - Provide only one Secured Party name (3a or 3b)

3a. ORGANIZATION'S NAME: **Meta1 Coin Trust**
3c. MAILING ADDRESS: 102 NE 2nd St Suite 923  CITY: Boca Raton  STATE: FL  POSTAL CODE: 33432  COUNTRY: USA

**4. COLLATERAL:** This financing statement covers the following collateral:
SECURED PARTY OF RECORD ENTERS INTO THE COMMERCIAL REGISTRY THE FOLLOWING ITEMS OF PROPERTY ACCEPTED FOR VALUE EXEMPT FROM LEVY:

1. PRIVATE BILL OF EXCHANGE NUMBER DB19681525/RF644584327US FACE VALUE OF $44,000,000.00 (FORTY-FOUR MILLION UNITED STATES DOLLARS) TO MARK LANE ON BEHALF OF THE U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS (AUSTIN) RECEIVED AND CHARGED TO ACCOUNT RF644548313US ON OR ABOUT JANUARY 31, 2023 FOR THE SETTLEMENT AND DISCHARGE OF CIVIL ACTION ACCOUNT NUMBER 1:20-CV-00273-RP;

U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS (AUSTIN) COURT c/o MARK LANE

FOR THE SETTLEMENT AND DISCHARGE OF CIVIL ACTION ACCOUNT NUMBER 1:20-CV-00273-RP.

$44,000,000.00 REGISTERED ON ACCOUNT

$44,000,000.00 ISSUED PURSUANT TO HRJ-192, UCC3-104, 50 USC 4305(b)(2)

$44,000,000.00 BALANCE ON ACCOUNT

5. Check only if applicable and check only one box: Collateral is ☐ held in a Trust (see UCC1Ad, item 17 and Instructions) ☐ being administered by a Decedent's Personal Representative
6a. Check only if applicable and check only one box:   ☐ Public-Finance Transaction ☐ Manufactured-Home Transaction ☐ A Debtor is a Transmitting Utility
6b. Check only if applicable and check only one box.   ☐ Agricultural Lien ☐ Non-UCC Filing
7. ALTERNATIVE DESIGNATION (if applicable): ☐ Lessee/Lessor ☐ Consignee/Consignor ☐ Seller/Buyer ☐ Bailee/Bailor ☐ Licensee/Licensor
8. OPTIONAL FILER REFERENCE DATA:

**UCC FINANCING STATEMENT ADDENDUM**
FOLLOW INSTRUCTIONS

9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐

9a. ORGANIZATION'S NAME: **U.S. District Court Western District of Texas (Austin)**
9b. INDIVIDUAL'S SURNAME
FIRST PERSONAL NAME
ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

10. DEBTOR'S NAME: Provide (10a or 10b) only one additional Debtor name or Debtor name that did not fit in line 1b or 2b of the Financing Statement (Form UCC1) (use exact, full name; do not omit, modify, or abbreviate any part of the Debtor's name) and enter the mailing address in line 10c

10a. ORGANIZATION'S NAME
10b. INDIVIDUAL'S SURNAME
INDIVIDUAL'S FIRST PERSONAL NAME
INDIVIDUAL'S ADDITIONAL NAME(S)/INITIAL(S)    SUFFIX
10c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

11. ☐ ADDITIONAL SECURED PARTY'S NAME or ☐ ASSIGNOR SECURED PARTY'S NAME: Provide only one name (11a or 11b)

11a. ORGANIZATION'S NAME
11b. INDIVIDUAL'S SURNAME | FIRST PERSONAL NAME | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX
11c. MAILING ADDRESS | CITY | STATE | POSTAL CODE | COUNTRY

12. ADDITIONAL SPACE FOR ITEM 4 (Collateral):

MEMO: CIVIL ACTION ACCOUNT NUMBER 1:20-CV-00273-RP

50 USC 4305(b)(2)

Any payment, conveyance, transfer, assignment, or delivery of property or interest therein, made to or for the account of the United States or as otherwise directed, pursuant to this subdivision or any rule, regulation, instruction, or direction issued hereunder shall to the extent thereof be a full acquittance and discharge for all purposes of the obligation of the person

13. ☐ This FINANCING STATEMENT is to be filed [for record] (or recorded) in the REAL ESTATE RECORDS (if applicable)

14. This FINANCING STATEMENT ☐ covers timber to be cut ☐ covers as-extracted collateral ☐ is filed as a fixture filing

15. Name and address of a RECORD OWNER of real estate described in item 16 (if Debtor does not have a record interest):

16. Description of real estate:

17. MISCELLANEOUS:

| UCC FINANCING STATEMENT ADDENDUM |||
|---|---|---|
| FOLLOW INSTRUCTIONS |||
| 9: NAME OF FIRST DEBTOR: Same as line 1a or 1b on Financing Statement; if line 1b was left blank because Individual Debtor name did not fit, check here ☐ |||
| OR | 9a. ORGANIZATION'S NAME<br>**U.S. District Court Western District of Texas (Austin)** ||
|    | 9b. INDIVIDUAL'S SURNAME ||
|    | FIRST PERSONAL NAME ||
|    | ADDITIONAL NAME(S)/INITIAL(S) | SUFFIX |

THE ABOVE SPACE IS FOR FILING OFFICE USE ONLY

**4. This FINANCING STATEMENT covers the following collateral:**

making the same; and no person shall be held liable in any court for or in respect to anything done or omitted in good faith in connection with the administration of, or in pursuance of and in reliance on, this subdivision, or any rule, regulation, instruction, or direction issued hereunder.

**FILING OFFICE COPY**