Case 1:20-cv-00273-RP   Document 140   Filed 03/15/23   Page 1 of 5

**FILED**
March 15, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: ____Julie Golden____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **SECURITIES AND EXCHANGE COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**META 1 COIN TRUST,**<br>**ROBERT P. DUNLAP, individually and d/b/a**<br>    **CLEAR INTERNATIONAL TRUST,**<br>**NICOLE BOWDLER, and DAVID A. SCHMIDT,**<br><br>Defendants,<br><br>and<br><br>**PRAMANA CAPITAL, INC.,**<br>**PETER K. SHAMOUN a/k/a PETER K. SHAMOON,**<br>**WANDA IRONHEART TRAVERSIE-WARNER,**<br>**ALFRED DEWITT WARNER JR., and**<br>**IRONHEART TRUST,**<br><br>Relief Defendants. | Civil Action No.: 1:20-cv-273-RP |

**FINAL JUDGMENT BY DEFAULT AGAINST
RELIEF DEFENDANTS WANDA IRONHEART TRAVERSIE-WARNER,
ALFRED DEWITT WARNER JR., AND IRONHEART TRUST**

Plaintiff Securities and Exchange Commission ("Plaintiff" or the "Commission") filed a Complaint ("Complaint") in this action, and Relief Defendants Wanda Ironheart Traversie-Warner, Alfred Dewitt Warner Jr. and Ironheart Trust (together, "the Warner Relief Defendants"), failed to answer or to otherwise defend this action, and the District Clerk entered default against the Warner Relief Defendants. Thereafter, the Court granted the Commission's Motion for Default Final Judgment and Motion for Remedies and Entry of Final Judgment against the Warner Relief Defendants ("Motion"). Based on all the files, records, and

proceedings herein, the Court enters Final Judgment against the Warner Relief Defendants as follows:

I.

IT IS ORDERED, ADJUDGED, AND DECREED that the Warner Relief Defendants are liable, jointly and severally, for disgorgement of $1,057,408.63, representing net profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $91,531.90, for a total of **$1,148,940.53**.  The Warner Relief Defendants shall satisfy this obligation by paying the total amount to the Securities and Exchange Commission within 30 days after entry of this Final Judgment.

Relief Defendants may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request.   Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm.  Relief Defendants may also pay by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to

> Enterprise Services Center
> Accounts Receivable Branch
> 6500 South MacArthur Boulevard
> Oklahoma City, OK 73169

 and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; Relief Defendant's name as a relief defendant in this action; and specifying that payment is made pursuant to this Final Judgment.

Relief Defendants shall simultaneously transmit photocopies of evidence of payment and case identifying information to the Commission's counsel in this action.  By making this payment, Relief Defendants relinquish all legal and equitable right, title, and interest in such

funds and no part of the funds shall be returned to Relief Defendants.

The Commission shall hold the funds (collectively, the "Fund") until further order of this Court.  The SEC may propose a plan to distribute the Fund subject to the Court's approval, and the Court shall retain jurisdiction over the administration of any distribution of the Fund.

The Commission may enforce the Court's judgment for disgorgement and prejudgment interest by using all collection procedures authorized by law, including, but not limited to, moving for civil contempt at any time after 30 days following entry of this Final Judgment. Relief Defendants shall pay post judgment interest on any amounts due after 30 days of entry of this Final Judgment pursuant to 28 U.S.C. § 1961.

II.

## DIRECTIVE TO FINANCIAL INSTITUTIONS

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that within 3 days after being served with a copy of this Final Judgment, each bank or financial institution identified below (the "Banks") shall transfer to the Commission the entire balance of the account(s) which were frozen pursuant to an Order of this Court, and shall close the accounts.  These accounts include the following:

| Bank | Account Name | Acct. ending in: |
|---|---|---|
| Bank of America | Robert P Dunlap Jr Thomas Colt Dunlap | *1284 |
| Bank of America | Robert Dunlap Jr. | *0124 |
| Bank of America | Robert P Dunlap Jr., Robert Paul Dunlap III | *8258 |
| Bank of America | David Alan Schmidt Penelope A Genter | *7418 |
| Bank of America | The Sedona Connection LLC (David Schmidt) | *9828 |
| Bank of America | Nicole M Bowdler | *1771 |
| Bank of America | Clear International Trust Robert P Dunlap Jr Trtee U/A 5/16/2016 | *2678 |
| BMO Harris Bank | Meta 1 Coin Trust (Peter Shamoon) | *7012 |
| BMO Harris Bank | Meta 1 Coin Trust (Peter Shamoon) | *0179 |
| Fidelity Brokerage Service (Fidelity Investment) | FMTC Custodian of the IRA SEPP, FBO Robert Paul Dunlap | *2801 |

| | | |
|---|---|---|
| Fidelity Brokerage Service (Fidelity Investment) | FMTC Custodian - SIMPLE Evision Systems FBO Robert Paul Dunlap | *4895 |
| Fidelity Brokerage Service (Fidelity Investment) | Robert Dunlap, N M Bowdler Trustees Meta 1 Coin Trust FBO Robert P Dunlap | *3691 |
| Fifth Third Bank | Pramana Capital Inc. (Peter Shamoon) | *8456 |
| Fifth Third Bank | Pramana Capital Inc. | *5300 |
| TD Ameritrade | PETER A. SHAMOUN | *0129 |
| The Bankcorp Bank - PayPal, Inc. | David Schmidt | *2216 |
| The Bankcorp Bank - PayPal, Inc. | Nicole Bowdler | *5579 |
| Wells Fargo Bank, NA | Pramana Capital LLC | *0848 |
| Wells Fargo Bank, NA | Koole Bare Investments | *2570 |
| Wells Fargo Bank, NA | Peter K Shamoon | *3006 |
| BOKF, NA d/b/a Bank of Texas | Ironheart Trust, Alfred Warner and Wanda Ironheart Traversie Warner | *9431 |
| BOKF, NA d/b/a Bank of Texas | Ironheart Trust | *2598 |
| Navy Federal Credit Union | Ironheart Trust | *1212 |
| Navy Federal Credit Union | Ironheart Trust Savings | *9523 |
| Navy Federal Credit Union | Wanda I. Traversie-Warner Checking | *3752 |
| Navy Federal Credit Union | Wanda I Traversie-Warner-Savings | *8944 |
| Navy Federal Credit Union | Alfred D. Warner | *0453 |

The Banks may transmit payment electronically to the Commission, which will provide detailed ACH transfer/Fedwire instructions upon request. Payment may also be made directly from a bank account via Pay.gov through the SEC website at http://www.sec.gov/about/offices/ofm.htm. BMO Harris also may transfer these funds by certified check, bank cashier's check, or United States postal money order payable to the Securities and Exchange Commission, which shall be delivered or mailed to:

    Enterprise Services Center
    Accounts Receivable Branch
    6500 South MacArthur Boulevard
    Oklahoma City, OK 73169

and shall be accompanied by a letter identifying the case title, civil action number, and name of this Court; and specifying that payment is made pursuant to this Final Judgment.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

SO ORDERED this 15th day of  March , 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE