**FILED**
August 09, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____klw_____
DEPUTY

FORM 1020
Securities Exchange Commission
A private corporation

**By Certified Mail**
9589 0710 5270 1012 3216 16
To:
Taushayna Freudenberger
personal
Securities Exchange Commission
6500 South McArthur Blvd
AR/AMK-326
Oklahoma City, Oklahoma 73169-6901

**And By Certified Mail**
9589 0710 5270 1012 3216 23
To:
James E Etri, Attorney
personal
Securities Exchange Commission
801 Cherry Street, 19th Floor
Fort Worth, Texas 76102

**And By Certified Mail**
9589 0710 5270 1012 3216 30
To:
Robert Pitman, Judge
personal
US District Court West Texas
501 West 5th Street, Suite 5300
Austin, Texas, 78701

**And By Certified Mail**
9589 0710 5270 1012 3216 47
To:
Jennifer D Reese, Attorney
personal
Securities and Exchange Commission
801 Cherry Street, 19th Floor
Fort Worth, TX 76102

## Case No. 2020-CV-00273

## Date: August 1, 2024

## NOTICE TO ATTORNEYS AT SECURITIES EXCHANGE COMMISSION

An attorney or a Private Corporation is assumed to know the law, it is the obligation of an attorney or a Private Corporation, to see that any alleged **FINES, FEES, CHARGES, etc.,** are collected lawfully, correctly, and completely. In order to correctly "quote" pay this alleged **FINES, FEES, CHARGES, etc.,** Wanda Ironheart Traversie-Warner, requires the following information, from attorneys at **Securities Exchange Commission**. Complete this FORM and return it to the address you have on file to enable Wanda Ironheart Traversie-Warner to understand and lawfully comply with these alleged **FINES, FEES, CHARGES, etc.,** This Form raises formal questions with regards to this alleged **FINES, FEES, CHARGES, etc.,** that only your attorneys can answer.

1. under the caption 1 Total amount required to be paid what does the number 1148940.53 refer to: (check one) obligations of the United States Government ☐; National bank currency ☐; Bonds ☐; Certificates of Indebtedness ☐; Federal Reserve Notes ☐; Bills ☐; or Other ☐ _____ (Explain)

1 | Page

2. under the caption 3 Restitution/Remediation amount what does the number __1148940.53__ refer to: (check one) obligations of the United States Government ☐ ; National bank currency ☐; Bonds ☐; Certificates of Indebtedness ☐; Federal Reserve Notes ☐; Bills ☐; or Other ☐ _____ (Explain)

2. Does that statement refer to: consideration of obligations or other securities of the United States, directly or indirectly? (Check one)   Yes ☐ No ☐

3. Does the computation of this alleged **1098-F** require consideration of obligations or other securities of the United States, directly or indirectly? (Check one) Yes ☐ or No ☐

Most individuals can complete this FORM in three minutes. You are required by law (UCC 3-104 & 3-115) to complete this FORM, before any payment may be made. As a private corporation you are assumed to know the law, and not misleading. You made several statements in your **1098-F** to Wanda Ironheart Traversie-Warner that Wanda Ironheart Traversie-Warner owes something to someone. It is your obligation to answer the forgoing questions on FORM 1020 or a default will be issued by Wanda Ironheart Traversie-Warner against Securities Exchange Commission a private corporation, for trying to mislead Wanda Ironheart Traversie-Warner by asking Wanda Ironheart Traversie-Warner for something that she doesn't owe, or you don't know what that something is, so as attorneys, you are assumed to know the law.

I am an attorney at the Securities Exchange Commission a Private Corporation. I have read the foregoing Form 1020 and know it to be true, correct and complete, not misleading in any way. I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____, 2024.

**Print:**     NAME
_____
                                            (Print name)
Sign   NAME
_____
                                            (Sign Name)

**BAR Number:**     _____
                                            (Bar Number Here)
_____

**2 |** P a g e

This Form 1020 must be completed and returned within 15 days of mailing / delivery / filing. Failure to complete and return this Form 1020 in 15 days will result in a default being prepared for Securities Exchange Commission based upon the information Wanda Ironheart Traversie-Warner has, and the default is your admittance that the **FINES, FEES, CHARGES, etc.,** that was provided to Wanda Ironheart Traversie-Warner was in error or in violation of the law, no other mailing will be needed.

      Failure to provide Wanda Ironheart Traversie-Warner with requested information, in the time allowed the Attorneys at Securities Exchange Commission are admitting with their Silence that Securities Exchange Commission is dishonest. Estoppel arises where person is under duty to another to speak or failure to speak is inconsistent with. honest dealings. Silence by Securities Exchange Commission, will be treated by Wanda Ironheart Traversie-Warner that **FINES, FEES, CHARGES, etc.,** as dishonest dealings and balance is paid in full.

☐ CORRECTED

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Securities Exchange Commission<br>ATTN: Taushayna Freudenberger<br>6500 South MacArthur Blvd<br>AR/AMK-326<br>Oklahoma City, OK 73169-6901<br>(405) 954-2685 || 1 Total amount required to be paid<br>$ 1148940.53 | OMB No. 1545-2284 | **Fines, Penalties, and Other Amounts** |
|---|---|---|---|---|
| ||| Form **1098-F**<br>(Rev. January 2022) ||
| ||| 2 Amount to be paid for violation or potential violation<br>$ ||
| ||| 3 Restitution/remediation amount<br>$ 1148940.53 | For calendar year<br>20 __23__ ||
| FILER'S TIN<br>53-0193492 | PAYER'S TIN<br>XXX-XX-3375 | 5 Date of order/agreement<br>3/15/2023 | **Copy B**<br>**For Payer** |
||| 4 Compliance amount<br>$ |||
| PAYER'S name<br><br>Wanda Ironheart Traversie-Warner<br>7305 Turner Terrace<br>North Richland Hills, TX 76180 || 6 Court or entity<br>TEXAS WESTERN DISTRICT COURT || This is important tax information and is being furnished to the IRS. |
||| 7 Case number<br>2020 CV 00273 |||
||| 8 Case name or names of parties to suit, order, or agreement<br>SEC v. Metal Coin Trust, et al |||
||| 9 Code<br>B |||

Form **1098-F** (Rev. 1-2022)   (keep for your records)   www.irs.gov/Form1098F   Department of the Treasury - Internal Revenue Service

---

### Instructions for Payer - 1098-F (2023)

This statement has been furnished to you by a government, governmental entity, or nongovernmental entity regarding a suit, court order, or an agreement with respect to a violation or potential violation of law. Retain this statement for your records.

**Payer's taxpayer identification number (TIN).** For your protection, this form may show only the last four digits of your TIN (social security number (SSN), individual taxpayer identification number (ITIN), adoption taxpayer identification number (ATIN), or employer identification number (EIN)). However, the issuer has reported your complete TIN to the IRS.

**Box 1.** Shows the aggregate amount required to be paid under the suit, order, or agreement if the amount equals or exceeds $50,000.

**Box 2.** Shows the total amount required to be paid in relation to the violation or potential violation of law as stated in the suit, order, or agreement.

**Box 3.** Shows the amount identified in the suit, order, or agreement to be paid as restitution or remediation.

**Box 4.** Shows the amount identified in the suit, order, or agreement to be paid to come into compliance with a law.

**Box 5.** Shows the date the suit, order, or agreement became binding under applicable law.

**Box 6.** Shows the name of the court, or any other entity, that entered the order or approved the agreement, if applicable.

**Box 7.** Shows the case number associated with the order or an agreement, if applicable.

**Box 8.** Provides a case name or names of the parties to the suit, order, or agreement.

**Box 9. Code.**
A—Multiple payments.
B—Multiple payers.
C—Multiple payees.
D—Provision of services or provision of property required.
E—Payment amount not identified.

**Future developments.** For the latest information about developments related to Form 1098-F and its instructions, such as legislation enacted after they were published, go to www.irs.gov/Form1098F.

**Free File Program.** Go to www.irs.gov/FreeFile to see if you qualify for no-cost online federal tax preparation, e-filing, and direct deposit or payment options.

---

☐ CORRECTED

| FILER'S name, street address, city or town, state or province, country, ZIP or foreign postal code, and telephone no.<br><br>Securities Exchange Commission<br>ATTN: Taushayna Freudenberger<br>6500 South MacArthur Blvd<br>AR/AMK-326<br>Oklahoma City, OK 73169-6901<br>(405) 954-2685 || 1 Total amount required to be paid<br>$ 1148940.53 | OMB No. 1545-2284 | **Fines, Penalties, and Other Amounts** |
|---|---|---|---|---|
| ||| Form **1098-F**<br>(Rev. January 2022) ||
| ||| 2 Amount to be paid for violation or potential violation<br>$ ||
| ||| 3 Restitution/remediation amount<br>$ 1148940.53 | For calendar year<br>20 __23__ ||
| FILER'S TIN<br>53-0193492 | PAYER'S TIN<br>XXX-XX-3375 | 5 Date of order/agreement<br>3/15/2023 | **Copy B**<br>**For Payer** |
||| 4 Compliance amount<br>$ |||
| PAYER'S name<br><br>Wanda Ironheart Traversie-Warner<br>7305 Turner Terrace<br>North Richland Hills, TX 76180 || 6 Court or entity<br>TEXAS WESTERN DISTRICT COURT || This is important tax information and is being furnished to the IRS. |
||| 7 Case number<br>2020 CV 00273 |||
||| 8 Case name or names of parties to suit, order, or agreement<br>SEC v. Metal Coin Trust, et al |||
||| 9 Code<br>B |||

Form **1098-F** (Rev. 1-2022)   (keep for your records)   www.irs.gov/Form1098F   Department of the Treasury - Internal Revenue Service

Hurst, Texas 76054

SCREENED BY CSO
AUG 05 2024

9589 0710 5270 1012 3216 30

Robert Pitman, Judge
**personal**
U.S. District Court West Texas
501 West 5th Street, Suite 5300
Austin, Texas 78701

SCREENED BY CSO
AUG 05 2024

FCM LG ENV
NORTH RICHLAND HILLS
TX 76180
AUG 01, 2024
$8.14
S2322W501415-8

RDC 99

78701



