# **FINAL NOTICE OF DEFAULT**

Securities Exchange Commission<br>A private corporation

Card No. <u>2020-CV-00273</u>                                                                     Date: <u>August 30, 2024</u>

---

**By Certified Mail**
9589 0710 5270 1743 8366 01
To:
Taushayna Freudenberger
<u>personal</u>
Securities Exchange Commission
6500 MacArthur Blvd.
AR/AMK-326
Oklahoma City, Oklahoma 73169

**By Certified Mail**
9589 0710 5270 1743 8366 18
To:
James E. Etri, Attorney
<u>personal</u>
Securities Exchange Commission
801 Cherry Street, 19th Floor
Fort Worth, Texas 76102
1680 Capital One Drive

**By Certified Mail:**
9589 0710 5270 1743 8366 25
To:
Robert Pitman, Judge
<u>personal</u>
U.S. District Court West Texas
501 West 5th Street, Suite 5300
Austin, Texas 78701

**By Certified Mail**
9589 0710 5279 1743 8366 56
To:
Jennifer D. Reese, Attorney
<u>personal</u>
Securities Exchange Commission
801 Cherry Street, 19th Floor
Fort Worth, Texas 76102

Your Attorneys failed to provide a method of payment on a Form 1020 that was served on you on or about August 1, 2024.

Your Attorneys failed to respond to the NOTICE OF DEFAULT AND OPPORTUNITY TO CURE that was served on you on or about 19 August 2024

I have attached a copy for your reference!

This is giving me great evidence against you, and your intent to engage in multiple felonies, False and fictitious bank records 18 USC 1005, False and fictitious entries 18 USC 2073, Conspiracy to threaten, intimidate, coerce, and injure me in the free exercise of my rights 18 USC 241, Mail Fraud, Wire Fraud, and more!

This was an effort to pay an alleged debt, and by your failure to respond, you have demonstrated that I owe you nothing, and you are required to discharge this alleged debt under your Uniform Commercial Code 3.603.

Have a great day!!!

wanda

# **NOTICE OF DEFAULT AND OPPORTUNITY TO CURE**

Securities Exchange Commission
A private corporation

Case No. <u>2020-CV-00273</u>                                                                                       Date: <u>August 19, 2024</u>

---

**By Certified Mail**
9589 0710 5270 1743 8367 62
To:
Taushayna Freudenberger
<u>personal</u>
Securities Exchange Commission
6500 MacArthur Blvd.
AR/AMK-326
Oklahoma City, Oklahoma 73169

**And By Certified Mail**
9589 0710 5270 1743 8367 48
To:
James E. Etri
<u>personal</u>
Securities Exchange Commission
801 Cherry Street, 19th Floor
Fort Worth, Texas 76102

**And By Certified Mail**
9589 0710 5270 1743 8367 31
To:
Robert Pitman, Judge
<u>personal</u>
U.S. District Court West Texas
501 West 5th Street, Suite 5300
Austin, Texas 78701

**And By Certified Mail**
9589 0710 5270 1743 8367 55
To:
Jennifer D. Reese, Attorney
<u>personal</u>
Securities Exchange Commission
801 Cherry Street, 19th Floor
Fort Worth, Texas 76102

You are in default in providing the method of payment and you are notified that your Attorneys have failed to complete this form that was served on you on or about 05 August 2024.

I have attached a copy for your reference!

This is giving me great evidence against you, and your intent to engage in multiple felonies, False and fictitious bank records 18 USC 1005, False and fictitious entries 18 USC 2073, Conspiracy to threaten, intimidate, coerce, and injure me in the free exercise of my rights 18 USC 241, Mail Fraud, and more!

This is an effort to pay an alleged debt, and I am going to give you another five (5) days to provide a specie of payment as required by the Form 1020 that was served on you, or you are required to discharge this alleged debt under your Uniform Commercial Code 3.603

Have a great day!!!

wanda